150 A.3d 401

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. D.E.D., DEFENDANT–
PETITIONER, AND P.D.D., DEFENDANT. IN THE MATTER OF
THE GUARDIANSHIP OF E.N.D., A MINOR–RESPONDENT.

JULY 11, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001851–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

150 A.3d 401

THOMAS I. GAGE, PLAINTIFF–PETITIONER, v. WELLS FARGO
BANK, N.A. AS TRUSTEE FOR THE POOLING AND SERVIC-
ING AGREEMENT DATED AS OF JULY 1, 2006 SECURITIZED
ASSET BACKED RECEIVABLES LLC TRUST 2006–FR3 MORT-
GAGE PASS–THROUGH CERTIFICATES, SERIES 2006–FR3,
AND MR. LUKE ANDERSEN AND MRS. HELENA ANDER-
SEN, DEFENDANTS–RESPONDENTS.

JULY 11, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005350–13
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.